# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2008

135919

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

EARL LEVI DIXON, JR.,
     Defendant-Appellant.

SC: 135919
COA: 282134
Gogebic CC: 07-000021-FH

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

On order of the Court, the application for leave to appeal the January 7, 2008 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for expedited consideration as on leave granted in light of *People v Muttscheler*, 481 Mich 372 (2008).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2008

*Corbin R. Davis*

Clerk

p0828